No. 82–2113. RICHARDSON v. UNITED STATES. C. A. D. C. Cir. [Certiorari granted, 464 U. S. 890.] Motion of petitioner for leave to file a supplemental brief after argument granted.

No. 83–614. SECURITIES INDUSTRY ASSN. v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. C. A. 2d Cir. [Certiorari granted, 465 U. S. 1004.] Motion of Legal Foundation of America for leave to file a brief as amicus curiae granted.

No. 83–1368. NORTHWEST WHOLESALE STATIONERS, INC. v. PACIFIC STATIONERY & PRINTING CO. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 83–1378. KAVANAUGH, SUPERINTENDENT, BLACKBURN CORRECTIONAL COMPLEX, ET AL. v. LUCEY. C. A. 6th Cir. Motion of respondent for leave to proceed in forma pauperis granted.

No. 83–1274. METROPOLITAN LIFE INSURANCE CO. ET AL. v. WARD ET AL. Appeal from Sup. Ct. Ala. Probable jurisdiction noted.

No. 83–1032. FEDERAL ELECTION COMMISSION v. NATIONAL CONSERVATIVE POLITICAL ACTION COMMITTEE ET AL.; and

No. 83–1122. DEMOCRATIC PARTY OF THE UNITED STATES ET AL. v. NATIONAL CONSERVATIVE POLITICAL ACTION COMMITTEE ET AL. Appeals from D. C. E. D. Pa. Motion of Gulf & Great Plains Legal Foundation et al. for leave to file a brief as amici curiae granted. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 578 F. Supp. 797.

No. 83–1334. WINSTON, SHERIFF, ET AL. v. LEE. C. A. 4th Cir. Certiorari granted.

No. 83–1360. WEBB v. COUNTY BOARD OF EDUCATION OF DYER COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari granted.